### HICKS v. ALLEN.

No. 7537—Opinion Filed June 13, 1916.
(158 Pac. 199.)

Error from District Court, Pontotoc County; Tom D. McKeown, Judge.

Action between George W. Hicks and Lon Allen. From the judgment, Hicks appeals. Dismissed.

E. S. Kerr, for plaintiff in error.

E. H. Sherman, for defendant in error.

Opinion by HOOKER, C. The petition in error, with case-made attached, was filed in this court on July 19, 1915, and this cause was regularly submitted about the 26th of April, 1916, and the plaintiff in error has filed no brief, nor offered any excuse why he has failed to file one within the time allotted to him. Therefore this appeal will be treated as abandoned and dismissed.

By the Court: It is so ordered.